**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIE WASHINGTON,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>IHG MANAGEMENT (MARYLAND) LLC dba HOTEL INDIGO SAN DIEGO and TABLE 509 BAR, et al,<br><br>　　　　　　　　Defendants. | Case No. 3:20-cv-01992-DMS-MDD<br><br>**ORDER ON JOINT MOTION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)** |

On March 11, 2020, Plaintiff, Willie Washington and Defendants, IHG Management (Maryland) LLC and CHSP San Diego LLC ("Parties"), filed a Joint Motion to Dismiss with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court, for good cause shown, GRANTS the Parties' Joint Motion to Dismiss with Prejudice. Each party will bear their own attorney fees and costs.

　　　　IT IS SO ORDERED.

Dated: March 11, 2021

_____
Honorable Dana M. Sabraw
United States District Judge